# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEISSA MARIE BARE,<br><br>　　　　　　Defendant. | Case No.  CR01-5503 RJB<br><br>INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, MIKE DION;
The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ;

The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the  maximum potential sanction if the allegation(s) is/are substantiated; and the court finding probable cause with regard to the alleged violation(s);

The matter is scheduled for hearing  before the Honorable ROBERT J. BRYAN.

　　　　　　Date:　　　JANUARY 3, 2008

　　　　　　Time:　　　9:30 A.M.


( X )　Defendant is ordered detained pending a DETENTION HEARING before the Honorable KAREN L. STROMBOMto be held:

　　　　　　Date:　　　DECEMBER 28, 2007for failing to show that he/she will not flee or pose a danger to an

　　　　　　Time:　　　2:00 P.M.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　December 21, 2007.

　　　　　　　　　　　 */s/ J. Kelley Arnold*
　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1